In the Matter of Samuel S. et al., Appellants. Helene S., Respondent.

Submitted August 13, 2012; decided October 23, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.